

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Paul Wayne Palmer,

Vs. No. 11-21-00172-CR

The State of Texas,

\* From the County Court at Law No. 2.
of Taylor County,
Trial Court No. 2-285-20.

\* August 19, 2021

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.